### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| LINDA R. WYMER )<br><br>     **Plaintiff,** )<br><br>     **v.** )<br><br>UNITED STATES OF AMERICA, )<br><br>     **Defendant.** ) | Case No. 3:24-cv-0041 |

**ATTORNEYS:**

**JOHN P. FISCHER, ESQ.**
FISCHER REDAVID, PLLC
SUNRISE, FLORIDA 33326
    *FOR PLAINTIFF LYNDA R. WYMER.*

**ANGELA TYSON-FLOYD, ASSISTANT UNITED STATES ATTORNEY**
UNITED STATES ATTORNEY'S OFFICE
ST. CROIX, U.S. VIRGIN ISLANDS
    *FOR DEFENDANT UNITED STATES OF AMERICA.*

### <u>JUDGMENT</u>

**THIS MATTER** came before the Court on Plaintiff Lynda Wymer's complaint for negligence against the United States of America. (ECF No. 13-2.) For the reasons stated in the accompanying Memorandum of Decision of even date, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is granted in favor of Plaintiff Lynda Wymer and against Defendant United States of America on her claim of negligence in the amount of $257,743.98, plus post judgment interest pursuant to 28 U.S.C. § 1961. It is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.


**Dated:** August 4, 2026              */s/ Robert A. Molloy*
                                        **ROBERT A. MOLLOY**
                                        **Chief Judge**